Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

EDGAR C. BAYAS,                                              Index No.: 08-CV-01648

                              Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER
                                                     TO MASTER COMPLAINT**

        -against-
                                                     **ELECTRONICALLY FILED**

TULLY CONSTRUCTION CO., INC., *et al.*,

                              Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN

COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their

attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth

in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in

the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 102 (AKH).

    WHEREFORE,   the   defendants,   LEHMAN   BROTHERS   INC.,   LEHMAN

COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their

attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned

action as against them, together with their costs and disbursements and for such other and further

relief as this Court deems just and proper.

Dated: New York, New York
      June 12, 2008

                          Yours etc.,

                          McGIVNEY & KLUGER, P.C.
                          Attorneys for Defendants
                          LEHMAN BROTHERS INC., LEHMAN
                          COMMERCIAL PAPER INC. and LEHMAN
                          BROTHERS HOLDINGS INC.

                          By: _____
                            Richard E. Leff (RL-2123)
                            80 Broad Street, 23rd Floor
                            New York, New York 10004
                            (212) 509-3456

TO:    OSHMAN & MIRISOLA, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        Attn: David L. Kremen
        42 Broadway, 10th Floor
        New York, New York 10004
        (212) 233-2100

        All Defense Counsel