UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER          21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION (straddler plaintiffs)
------------------------------------------------------------x
EDGAR C. BAYAS,

          Plaintiff(s),                    **AFFIDAVIT OF SERVICE**

   - against-                              Civil Action No. : 08 CV 01648

TULLY CONSTRUCTION CO., INC., TULLY
ENVIRONMENTAL INC., TULLY INDUSTRIES, INC.,
TURNER CONSTRUCTION COMPANY, BOVIS LEND
LEASE, INC., BOVIS LEND LEASE LMB, INC., AMEC
CONSTRUCTION MANAGEMENT, INC., BECHTEL             Judge Hellerstein
ASSOCIATES PROFESSIONAL CORPORATION,
BECHTEL CONSTRUCTION, INC., BECHTEL
CORPORATION, BECHTEL ENVIRONMENTAL, INC.,
TRIBECA LANDING, L.L.C a/k/a TRIBECA POINTE,
LLC, BANK OF NEW YORK TRUST COMPANY
AMERICAS, FGP 90 WEST STREET, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BLACKMON- MOORING- STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT, HILLMAN ENVIRONMENTAL
GROUP, LLC, WFP RETAIL CO., L.P., AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS BANK,
LTD, AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., LEHMAN BROTHERS
INC., LEHMAN COMMERICAL PAPER, INC., LEHMAN
BROTHERS HOLDING INC., BFP TOWER C CO. LLC,
THAMES REALTY CO., NEW YORK UNIVERSITY,
BROOKFIELD FINANCIAL PROPERTIES, LP,
WFP TOWER A CO., L.P.,

          Defendants.
------------------------------------------------------------X

    I, Jorge Anzola, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Queens, New York.

    On June 17, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, American Express Bank Ltd., by its designated agent, CT Corporation System, more specifically, Paula Kash at:

        CT Corporation System
        111 Eighth Avenue, 13th Floor
        New York, New York 10011

                                    Jorge Anzola

Sworn to before me on this
17th day of June, 2008

        BEATRIZ DOLORES ARANA
        Notary Public, State of New York
            No. 01AR6132940
         Qualified in Queens County
NOTARY PUBLIC  Commission Expires August 29, 20__