UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION (straddler plaintiffs)
------------------------------------------------------------x
EDGAR C. BAYAS,

              Plaintiff(s),   **AFFIDAVIT OF SERVICE**

   - against-   Civil Action No. : 08 CV 01648

TULLY CONSTRUCTION CO., INC., TULLY
ENVIRONMENTAL INC., TULLY INDUSTRIES, INC.,
TURNER CONSTRUCTION COMPANY, BOVIS LEND
LEASE, INC., BOVIS LEND LEASE LMB, INC., AMEC
CONSTRUCTION MANAGEMENT, INC., BECHTEL   Judge Hellerstein
ASSOCIATES PROFESSIONAL CORPORATION,
BECHTEL CONSTRUCTION, INC., BECHTEL
CORPORATION, BECHTEL ENVIRONMENTAL, INC.,
TRIBECA LANDING, L.L.C a/k/a TRIBECA POINTE,
LLC, BANK OF NEW YORK TRUST COMPANY
AMERICAS, FGP 90 WEST STREET, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BLACKMON- MOORING- STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT, HILLMAN ENVIRONMENTAL
GROUP, LLC, WFP RETAIL CO., L.P., AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS BANK,
LTD, AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., LEHMAN BROTHERS
INC., LEHMAN COMMERICAL PAPER, INC., LEHMAN
BROTHERS HOLDING INC., BFP TOWER C CO. LLC,
THAMES REALTY CO., NEW YORK UNIVERSITY,
BROOKFIELD FINANCIAL PROPERTIES, LP,
WFP TOWER A CO., L.P.,

              Defendants.
------------------------------------------------------------X

    I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

    On June 2, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, FGP 90 West Street, Inc., by its designated agent, CT Corporation System, more specifically, Elena Bou, at:

            CT Corporation System
            111 Eighth Avenue, 13th Floor
            New York, New York 10011

                                                 Anna Tse

Sworn to before me on this
2 day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 _07_