Case Number: 08 CV 01648

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

    Edgar C. Bayas

        Vs.

    Tully Construction Co., Inc., ETAL

State of New York County of Albany

Jeffrey Teitel being duly sworn deposes and says that deponent is over the age of eighteen years; That on the 12th day of June, 2008 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action and Complaint on Thames Realty Corp, the Defendant in this action, by delivering and leaving with __Donna Christie__, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as forsaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | X White | X Light | __ 20-30 | X 5'-5'5" | X 100-150 |
| X Female | __ Black | __ Medium | __ 31-40 | __ 5'6"-6' | __ 151-200 |
|  | __ Other | __ Dark | X 41-50 | __ 6'1"-6'5" | __ 200-250 |
|  |  |  | __ 51-60 | __ 6'6"+ | __ 250+ |

Sworn to me this 12th day of June, 2008

    _Hilary Teitel_
    Notary Public

                          _Jeffrey Teitel_
                            Jeffrey Teitel

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20_09_