***** AFFIDAVIT OF SERVICE *****　　　　　06/13/2008

SHERIFFS NUMBER: S08003862　　DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...　　　　　　　Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **PATRICK HORA**

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 1908<br>CONTROL # 21712 | 28.00 |

**COURT DATA**　　　　　　　　　　　　　　　　　ASOHNEN

COURT OF ISSUANCE: US District Court

WRIT EXPIRATION:　　　　　STATE: NY　　　COUNTY OF VENUE: Southern District

COURT DOCKET #:　08CV01648　　CAPTION OF CASE

NAME:　　　　EDGAR C. BAYAS
　　　VS　　HILLMAN ENVIORMENTAL GROUP, LLC,

**DEFENDANT OR NAMED WITHIN TO BE SERVED**

NAME:　　　HILLMAN ENVIORMENTAL GROUP, LLC,
ADDRESS:　1600 ROUTE 22 EAST
　　　　　　UNION, NJ 07083

**PAPERS SERVED**
SUMMONS, VERIFIED COMPLAINT, OUT OF STATE REQUIRES DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY　　☐ UNABLE TO SERVE　　NUMBER OF ATTEMPTS ____

DATE: 6/17/08　TIME: 11:36　　DATE: ___　DATE: ___
REMARKS: _____　　　　　TIME: ___　TIME: ___
_____　　　　　DATE: ___　DATE: ___
_____　　　　　TIME: ___　TIME: ___

☐ PERSONALLY DELIVERED　☐ OFFICER　☐ MANAGING AGENT　☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER　☒ AGENT AUTHORIZED TO ACCEPT
　　　　　　　　　　　　　　　　　　　　　　　☐ IS IN THE MILITARY　☐ NOT IN THE MILITARY
PERSON SERVED: TAMMY L. LOMAX - ADMINISTRATIVE ASST.
　　　　　　　　　　　(TITLE/RELATIONSHIP)

SEX:　☐ MALE　☒ FEMALE
SKIN:　☐ WHITE　☐ BLACK　☐ YELLOW　☒ BROWN　☐ RED
HEIGHT:　☐ UNDER 5 FT.　☐ 5.0 - 5.6 FT.　☒ 5.7 - 6.0 FT.　☐ OVER 6 FT.
WEIGHT:　☐ UNDER 100 LBS.　☒ 100 - 150 LBS.　☐ 151 - 200 LBS.　☐ OVER 200 LBS.
HAIR:　☐ BLACK　☒ BROWN　☐ BLOND　☐ GRAY　☐ RED　☐ WHITE　☐ BALDING
AGE:　☐ 14 - 20　☒ 21 - 35　☐ 36 - 50　☐ 51 - 65　☐ OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME OF FRANCES DIDONATO　_Frances DiDonato_　　_signature_
NOTARY PUBLIC OF NEW JERSEY　　　　　　　　　　　SIGNATURE
My Commission Expires Dec. 3, 2009　　SHERIFF'S OFFICER OF UNION COUNTY
　　　　　　　　　　　　　　　　　　　　　STATE OF NEW JERSEY